**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries

**05/07/2025**

### Notice

Notice to State Court of Filing Notice of Removal; Notice of Removal of Defendants Bowles and Hoskins; Exhibit B- Civil Cover Sheet; Exhibit A- Cover Sheet; Electronic Filing Certificate of Service.
  **Filed By:** EMILY ANN DODGE
  **On Behalf Of:** MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO

**05/05/2025**

### Entry of Appearance Filed

EOA - Emily Dodge; Electronic Filing Certificate of Service.
  **Filed By:** EMILY ANN DODGE

**04/07/2025**

### Hearing Held

Case called as noticed for hearing on Plaintiff's Motion to Shorten Time (which is granted) and Motion for Leave to File First Amended Petition. Attorney Elkin Kistner appears for Plaintiff. Attorney Emily Dodge appears for defendants. Motion for Leave to File First Amended Petition is granted. First Amended Petition for Declaratory Judgment, Damages and Injunctive Relief is deemed filed this date. Defendants are granted 30 days to file any responsive pleading to the First Amended Petition. Due to this action, the 2 day bench trial set for September 4 and September 5, 2025, is cancelled. SCW/aw
  **Associated Entries:** 03/31/2025 - Motion Hearing Scheduled
  **Scheduled For:** 04/07/2025; 9:00 AM; COTTON WALKER; Cole Circuit

**04/03/2025**

### Notice of Hearing Filed

NOTICE OF HEARING AND MOTION TO SHORTEN TIME; Electronic Filing Certificate of Service. kr*
  **Filed By:** ELKIN L KISTNER
  **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

### Motion for Leave

PLAINTIFFS MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION; Exhibit 1; Electronic Filing Certificate of Service. kr*
  **Filed By:** ELKIN L KISTNER
  **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

**03/31/2025**

### Motion Hearing Scheduled

  **Associated Entries:** 04/07/2025 -
**Hearing Held**
  +
  **Scheduled For:** 04/07/2025; 9:00 AM; COTTON WALKER; Cole Circuit

**03/25/2025**

### Motion for Leave

Defendants Motion for Leave to Filed First Amended Answer; Defendants Exhibit A; Electronic Filing Certificate of Service. kah*
  **Filed By:** EMILY ANN DODGE
  **On Behalf Of:** STATE OF MISSOURI, EX REL BAILEY, MISSOURI ATTORNEY GENERAL, MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO, MISSOURI PERSONNEL ADVISORY BOARD, MISSOURI OFFICE OF ADMINISTRATION

**03/03/2025**

### Available/Conflict Dates Filed

Defendants Available Dates for A Bench Trial If Plaintiff Is Not Seeking Money Damages; Electronic Filing Certificate of Service. ter*
  **Filed By:** EMILY ANN DODGE
  **On Behalf Of:** STATE OF MISSOURI, EX REL BAILEY, MISSOURI ATTORNEY GENERAL, MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO, MISSOURI PERSONNEL ADVISORY BOARD, MISSOURI OFFICE OF ADMINISTRATION

### Bench Trial Scheduled

### Bench Trial Scheduled

**Hearing Continued/Rescheduled**
Counsel for Defendants having filed available dates with the Court as ordered on February 10, 2025, the case is set for a bench trial on September 4, 2025, and September 5, 2025. SCW/aw
- **Associated Entries: 02/10/2025 - Hearing Continued/Rescheduled** +
- **Associated Entries: 02/10/2025 - Trial Setting Scheduled**
- **Hearing Continued From:** 03/03/2025; 9:00 AM Trial Setting

**02/10/2025**
**Trial Setting Scheduled**

- **Associated Entries: 03/03/2025 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 03/03/2025; 9:00 AM; COTTON WALKER; Cole Circuit

**Hearing Continued/Rescheduled**
Attorney Kistner appears via webex. Attorney Dodge appears via webex. Counsel to file available dates for a 1-2 day Bench Trial by 3/3/2025 at 9:00 am. SCW/aw
- **Associated Entries: 01/06/2025 - Hearing Continued/Rescheduled** +
- **Associated Entries: 01/06/2025 - Trial Setting Scheduled**
- **Associated Entries: 03/03/2025 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 02/10/2025; 9:30 AM Trial Setting

**Motion for Trial Setting**
PLAINTIFFS AVAILABILITY FOR TRIAL SETTING; Electronic Filing Certificate of Service. ter*
- **Filed By:** ELKIN L KISTNER

**01/06/2025**
**Trial Setting Scheduled**

- **Associated Entries: 02/10/2025 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 02/10/2025; 9:30 AM; COTTON WALKER; Cole Circuit

**Hearing Continued/Rescheduled**
Attorney Kistner appears via webex. Attorney Dashtaki appears via webex. Attorney Dodge appears via webex. Counsel to file available dates with expected length of trial by 2/10/2025 at 9:30 am. SCW/aw
- **Associated Entries: 12/02/2024 - Hearing Continued/Rescheduled** +
- **Associated Entries: 12/02/2024 - Trial Setting Scheduled**
- **Associated Entries: 02/10/2025 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 01/06/2025; 9:30 AM Trial Setting

**12/30/2024**
**Entry of Appearance Filed**
EOA - Emily Dodge; Electronic Filing Certificate of Service. ter
- **Filed By:** EMILY ANN DODGE
- **On Behalf Of:** STATE OF MISSOURI, EX REL BAILEY, MISSOURI ATTORNEY GENERAL, MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO, MISSOURI PERSONNEL ADVISORY BOARD, MISSOURI OFFICE OF ADMINISTRATION

**12/26/2024**
**Notc Change of Address Filed**
Notice of Change of Address; Electronic Filing Certificate of Service. kah
- **Filed By:** CYRUS C DASHTAKI
- **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

**12/11/2024**
**Entry of Appearance Filed**
REENTRY OF APPEARANCE OF ELKIN L. KISTNER; Electronic Filing Certificate of Service. kah
- **Filed By:** ELKIN L KISTNER
- **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

**12/02/2024**
**Trial Setting Scheduled**

- **Associated Entries: 01/06/2025 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 01/06/2025; 9:30 AM; COTTON WALKER; Cole Circuit

### Hearing Continued/Rescheduled
Attorney Kistner appears via webex. Attorney Dashtaki appears via webex. Attorney Lewis appears via webex. Case continued to 1/6/2025 at 9:30 am. SCW/aw
- **Associated Entries: 10/07/2024 - Hearing Continued/Rescheduled** +
- **Associated Entries: 10/07/2024 - Trial Setting Scheduled**
- **Associated Entries: 01/06/2025 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 12/02/2024; 11:00 AM Trial Setting

## 10/07/2024
### Trial Setting Scheduled

- **Associated Entries: 12/02/2024 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 12/02/2024; 11:00 AM; COTTON WALKER; Cole Circuit

### Hearing Continued/Rescheduled
Attorney Kistner appears via webex. Attorney Dashtaki appears via webex. Attorney Lewis appears via webex. By agreement Bench Trial set for 11/12/2024 is cancelled. Case set for Trial Setting 12/2/2024 at 11:00 am. SCW/aw
- **Associated Entries: 09/18/2024 - Counsel Status Hrng Scheduled** +
- **Associated Entries: 12/02/2024 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 10/07/2024; 11:00 AM Counsel Status Hearing

## 09/18/2024
### Counsel Status Hrng Scheduled
Case set for Counsel Status and Pre Trial Conference 10/7/2024 at 11:00 am. SCW/aw
- **Associated Entries: 10/07/2024 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 10/07/2024; 11:00 AM; COTTON WALKER; Cole Circuit

## 09/10/2024
### Motion of Withdrawl of Counsel
Motion for Leave to Withdraw; Electronic Filing Certificate of Service. kah*
- **Filed By:** WILLIAM KISTNER

## 04/01/2024
### Bench Trial Scheduled
### Hearing Continued/Rescheduled
Case set for Bench Trial 11/12/2024 at 9:00 am. SCW/aw
- **Hearing Continued From:** 03/22/2024; 5:55 AM Case Review 6

## 03/22/2024
### Available/Conflict Dates Filed
Plaintiff and Defendants Joint Submission of Available Trial Dates; Electronic Filing Certificate of Service. sb*
- **Filed By:** JASON KROL LEWIS
- **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE, STATE OF MISSOURI, EX REL BAILEY, MISSOURI ATTORNEY GENERAL, MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO, MISSOURI PERSONNEL ADVISORY BOARD, MISSOURI OFFICE OF ADMINISTRATION

## 03/18/2024
### Hearing Held
Attorney Kistner appears via webex. Attorney Lewis appears via webex. Counsel to file available Bench Trial dates by 3/22/2024. SCW/aw
- **Associated Entries: 12/11/2023 - Hearing Continued/Rescheduled** +
- **Associated Entries: 12/11/2023 - Counsel Status Hrng Scheduled**
- **Scheduled For:** 03/18/2024; 10:30 AM; COTTON WALKER; Cole Circuit

## 01/03/2024
### Notice
AMENDED NOTICE OF DEPOSITION OF LAURA HOSKINS; Electronic Filing Certificate of Service.
- **Filed By:** ELKIN L KISTNER
- **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

## 12/11/2023
### Counsel Status Hrng Scheduled

- **Associated Entries: 03/18/2024 - Hearing Held** +
- **Scheduled For:** 03/18/2024; 10:30 AM; COTTON WALKER; Cole Circuit

**Hearing Continued/Rescheduled**
Plaintiff appears by Attorney Kistner via webex. Defendant appears by Attorney Lewis via webex. Case continued to 3/18/2024 at 10:30 am for status or trial setting. SCW/aw
- **Associated Entries: 09/18/2023 - Hearing Continued/Rescheduled** +
- **Associated Entries: 09/18/2023 - Counsel Status Hrng Scheduled**
- **Associated Entries: 03/18/2024 - Hearing Held** +
- **Hearing Continued From:** 12/11/2023; 10:30 AM Counsel Status Hearing

**12/06/2023**
   **Notice to Take Deposition**
   Notice of Deposition of Laura Hoskins; Electronic Filing Certificate of Service.
     **Filed By:** WILLIAM KISTNER
     **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

**09/18/2023**
   **Counsel Status Hrng Scheduled**

- **Associated Entries: 12/11/2023 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 12/11/2023; 10:30 AM; COTTON WALKER; Cole Circuit

**Hearing Continued/Rescheduled**
Plaintiff appears by Attorney Kistner via webex. Defendant appears by Attorney Lewis via webex. Case continued to 12/11/2023 at 10:30 am. SCW/aw
- **Associated Entries: 08/21/2023 - Counsel Status Hrng Scheduled**
- **Associated Entries: 12/11/2023 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 09/18/2023; 10:30 AM Counsel Status Hearing

**08/21/2023**
   **Counsel Status Hrng Scheduled**

- **Associated Entries: 08/21/2023 - Hearing Held** +
- **Associated Entries: 09/18/2023 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 09/18/2023; 10:30 AM; COTTON WALKER; Cole Circuit

**Hearing Held**
Attorney Kistner via webex. Attonrey Lewis appears via webex. Case continued to 9/18/2023 at 10:30 am for Status. SCW/aw
- **Associated Entries: 07/24/2023 - Hearing Continued/Rescheduled** +
- **Associated Entries: 07/24/2023 - Dismissal Hearing Scheduled**
- **Associated Entries: 08/21/2023 - Counsel Status Hrng Scheduled**
- **Scheduled For:** 08/21/2023; 10:30 AM; COTTON WALKER; Cole Circuit

**07/24/2023**
   **Dismissal Hearing Scheduled**

- **Associated Entries: 08/21/2023 - Hearing Held** +
- **Scheduled For:** 08/21/2023; 10:30 AM; COTTON WALKER; Cole Circuit

**Hearing Continued/Rescheduled**
Case continued to 8/21/2023 at 10:30 am for Dismissal Hearing. SCW/aw
- **Associated Entries: 06/29/2023 - Hearing Continued/Rescheduled** +
- **Associated Entries: 06/29/2023 - Counsel Status Hrng Scheduled**
- **Associated Entries: 08/21/2023 - Hearing Held** +
- **Hearing Continued From:** 07/24/2023; 10:00 AM Counsel Status Hearing

**06/29/2023**
   **Counsel Status Hrng Scheduled**

- **Associated Entries: 07/24/2023 - Hearing Continued/Rescheduled** +
- **Scheduled For:** 07/24/2023; 10:00 AM; COTTON WALKER; Cole Circuit

**Hearing Continued/Rescheduled**
Case set for Counsel Status 7/24/2023 at 10:00 am. SCW/aw
- **Associated Entries: 07/24/2023 - Hearing Continued/Rescheduled** +
- **Hearing Continued From:** 06/06/2023; 5:55 AM Case Review 6

**03/06/2023**

**Hearing Held**
Plaintiff appears by Attorney Dashtaki via webex and Attorney Kistner via webex. Defendant appears by Attorney Lewis via webex. Case continued 90 days for review. SCW/aw
> **Associated Entries:** 01/30/2023 - Hearing Continued/Rescheduled   +
> **Associated Entries:** 01/30/2023 - Counsel Status Hrng Scheduled
> **Scheduled For:** 03/06/2023; 9:30 AM; COTTON WALKER; Cole Circuit

**01/31/2023**
**Certificate of Service**
Certificate of Service of Defendants Responses to Plaintiffs First Request for Production of Documents and Plaintiffs First Set of Interrogatories; Electronic Filing Certificate of Service. ter
> **Filed By:** JASON KROL LEWIS
> **On Behalf Of:** STATE OF MISSOURI, EX REL BAILEY, MISSOURI ATTORNEY GENERAL, MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO, MISSOURI PERSONNEL ADVISORY BOARD, MISSOURI OFFICE OF ADMINISTRATION

**01/30/2023**
**Counsel Status Hrng Scheduled**

> **Associated Entries:** 03/06/2023 - Hearing Held   +
> **Scheduled For:** 03/06/2023; 9:30 AM; COTTON WALKER; Cole Circuit

**Hearing Continued/Rescheduled**
Case set for Counsel Status 3/6/2023 at 9:30 am. SCW/aw
> **Associated Entries:** 03/06/2023 - Hearing Held   +
> **Hearing Continued From:** 01/16/2023; 5:55 AM Case Review 6

**12/29/2022**
**Cert Serv Req Prod Docs Things**
CERTIFICATE OF SERVICE; Electronic Filing Certificate of Service. sb
> **Filed By:** ELKIN L KISTNER
> **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

**08/25/2022**
**Answer Filed**
Answer; Electronic Filing Certificate of Service. sb
> **Filed By:** JASON KROL LEWIS
> **On Behalf Of:** STATE OF MISSOURI, EX REL BAILEY, MISSOURI ATTORNEY GENERAL, MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO, MISSOURI PERSONNEL ADVISORY BOARD, MISSOURI OFFICE OF ADMINISTRATION

**07/25/2022**
**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service. sb
> **Filed By:** JASON KROL LEWIS
> **On Behalf Of:** STATE OF MISSOURI, EX REL BAILEY, MISSOURI ATTORNEY GENERAL, MISSOURI DEPARTMENT OF HIGHER EDUCATION AND WORKFORCE DEVELO, MISSOURI PERSONNEL ADVISORY BOARD, MISSOURI OFFICE OF ADMINISTRATION

**06/21/2022**
**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service. ter
> **Filed By:** CYRUS C DASHTAKI
> **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

**06/17/2022**
**Filing Info Sheet eFiling**

> **Filed By:** WILLIAM KISTNER

**Note to Clerk eFiling**

> **Filed By:** WILLIAM KISTNER

**Pet Filed in Circuit Ct**
Petition. sb
> **Filed By:** WILLIAM KISTNER
> **On Behalf Of:** DONNA DAVIS-VANDEGRIFFE

**Judge Assigned**