IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DONNA DAVIS-VANDEGRIFFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 25-04094-CV-C-SRB |
| v. | ) | |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR WITHDRAWAL OF MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS JERRI BOWLES AND LAURA HOSKINS

COMES NOW Plaintiff and moves to withdraw her Motion For Clerk's Entry Of Default Against Defendants Jerri Bowles And Laura Hoskins (Doc. 23).

Respectfully submitted,

KISTNER, HAMILTON, ELAM & MARTIN, LLC

By: /s/ *Elkin L. Kistner*
Elkin L. Kistner          #35287
1406 North Broadway
St. Louis, MO 63102
Telephone: (314) 783-9798
Facsimile: (314) 944-0950
E-Mail: elkinkis@law-fort.com
*Co-Counsel for Plaintiff*

/s/ Cyrus Dashtaki
Cyrus Dashtaki, #57606
Dashtaki Law Firm, LLC
2123 Marconi Avenue
St. Louis, MO 63110
Telephone: (314) 887-4126
Facsimile: (314) 932-4127
Email: cyrus@dashtaki.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 18th day of June, 2025 via the Court's electronic filing system to all counsel of record.

/s/ Elkin L. Kistner